AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet I

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN 0 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

**RUBEN WILSON**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Criminal Number: 5:97CR50081-01

USM Number: 09793-035

COPY SENT
DATE 1/9/08
BY BKB
TO: 3Cat USM
3Cat USPO

**BETTY MARAK**
Defendant's Attorney

## THE DEFENDANT:

[✓]    admitted guilt to violation of condition of the term of supervision. The court finds that in accordance with the U. S. Sentencing Commission Guidelines, the offender has committed a Grade A violation of his supervised release and having a Criminal History of II.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

January 4, 2008
Date of Imposition of Sentence

Signature of Judicial Officer

TOM STAGG, United States District Judge
Name & Title of Judicial Officer

Jan. 9, 2008
Date

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 2  of  2

DEFENDANT:      RUBEN WILSON
CASE NUMBER:    5:97CR50081-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 months . The said term is to run concurrent with the sentence under docket 06-50112-01.

[✓]     The court makes the following recommendations to the Bureau of Prisons:

      **(1). That the defendant be enrolled in the 500 hour substance abuse program.**
      **(2). That the defendant be housed in the vicinity of Arlington, TX.**

[✓]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [] a.m.    [] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES  MARSHAL